```
JDJ/ms
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
CHARLES MOORE and LISA MOORE,                     NOTICE OF
                                                  REMOVAL

                            Plaintiff,            04-CV-10216

     -against-                                    Judge Sand
                                                  Mag. Judge Katz
FRANCES D. CUTTER and
PETER NAYLIS,                                     ECF CASE


                            Defendants.
------------------------------------------X
```

S I R S :

PLEASE TAKE NOTICE, that the within is a true copy of a Notice of Removal filed in the above named Court.

1. This action is being removed from Supreme Court, New York County to the United States District Court for the Southern District of New York.

2. The basis for removal is 28 U.S.C. §1441(b).

3. The Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) in that the plaintiffs CHARLES MOORE and LISA MOORE reside in Bronx, New York; defendant, FRANCES D. CUTTER, resides in Hackensack, New Jersey; defendant, PETER NAYLIS, resides in Westwood, New Jersey; and the matter in controversy exceeds the sum or value of $100,000.00 exclusive of interest and costs.

Dated:    New York, New York
          December 23, 2004

                                        DOWNING & PECK, P.C.


                                   BY:  _____

                                        JOHN M. DOWNING, JR. - 2518
                                        Attorneys for Defendants
                                        5 Hanover Square - 20th Floor
                                        New York, New York 10004
                                        212-514-9190

TO:  LAW OFFICE OF SCOTT SESKIN
     Attorney for Plaintiff
     110 East 59th Street
     New York, New York 10022
     212-751-0077

Case 1:04-cv-10216-LBS   Document 1   Filed 12/23/04   Page 3 of 3